359 A.2d 833

FERRARI, Appellant,

v.

FERRARI.

Argued April 14, 1976. William C. Andrews, with him Robert W. Beilstein, for appellant; Leo I. Shapiro, for appellee.

OPINION PER CURIAM: Order affirmed.

SPAETH, J., dissents because the hearing judge based his order of support on a mathematical formula rather than on the specific needs of the parties.